IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NSI NURSING SOLUTIONS, INC. | : | CIVIL ACTION |
| v. | : | NO. 17-1613 |
| VOLUME RECRUITMENT SERVICES, LLC, et al. | : | |

# O R D E R

**AND NOW,** this 18th day of June, 2018, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss Second Amended Complaint [Doc. 37] is **GRANTED** in part and **DENIED** in part.
2. The Motion is **GRANTED** as to the part of Plaintiff's unfair competition claim seeking recovery for using Plaintiff's Copyrighted Works [SAC ¶ 94C].
3. The motion is **DENIED** in all other respects.
4. Plaintiff's Motion to Compel Forensic Examination of Defendants' Computer Systems [Doc. 43] is **DENIED** as moot.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**