# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NSI NURSING SOLUTIONS, INC. | : | CIVIL ACTION |
| v. | : | NO. 17-1613 |
| VOLUME RECRUITMENT SERVICES, LLC, et al. | : | |

## O R D E R

**AND NOW,** this 4th day of February, 2019, upon consideration of the defendants' motion for summary judgment and all responses and replies thereto, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment [Doc. 64] is **GRANTED** in part and **DENIED** in part.
2. The motion is **GRANTED** as to Counts III, V, VI, VII, VIII and IX and ten of the claims in Count IV.
3. Judgment is **ENTERED** in favor of Defendants and against the Plaintiff on Counts III, V, VI, VII, VIII, IX and the following claims from Count IV: Boomerang Letter; Employee Feedback Report; New Hire Information Sheet; Recruiting Letter; Recruiting Postcard; Recruiting Incentive Bonus Agreement; Recruiting Incentive Bonus Agreement v2; Recruitment Scorecard; Rules of Engagement for an Attraction Hospital; and Services Agreement.
4. The Motion for Summary Judgment is **DENIED** as to Counts I, II and the remaining claims in Count IV.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**